51,903-02

Johnny Sloan, Jr.
MCCONNELL UNIT #1004291
3001 South Emily Dr.
Beeville, Texas 78102

June, 29, 2015

OFFICE OF THE CLERK
ABEL ACOSTA, Clerk
COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 01 2015

Abel Acosta, Clerk

RE:     WR-51,903-02 , Status quo

Dear Honorable Clerk:

In reference to above Cause Number, Relator received this Court of Criminal Appeals Order, dated May 6, 2015. This order was in response to Relator Mandamus concerning more than 35 days elapsed in forwarding his Writ of Habeas Corpus under W00-01283-Q(A) in the 204th District Court from Dallas County.

The Honorable Court Order directed Respondent, the District Clerk of Dallas County, "is ordered to file a response." The order granted 30 days for such response from the May 6, 2015, issue date. Even if Relator excluded Weekend's and Holidays', the response time has expired and Relator has received no notice of service of Respondent response.

Therefore, Relator addreses the Court for disposition or update in this matter and look forward to a prompt response.

Sincerely,

Johnny Sloan, Jr.
RELATOR

cc:    files